IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CATHERINE DUFFY, MATTHEW EDLIN, LAWRENCE MULCAHY, PAULA HALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS,<br><br>Defendant. | :<br>:<br>:<br>:  Case No. 3:24-cv-00388-BJB<br>:<br>:<br>:<br>:<br>:  CLASS ACTION<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>: |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
<u>**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**</u>

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Catherine Duffy, Matthew Edlin, Lawrence Mulcahy, and Paula Hall ("Plaintiffs"), with the consent of Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("Mazda"), respectfully move for entry of an Order: (1) preliminarily approving the nationwide class action settlement; (2) certifying the settlement class pursuant to Fed. R. Civ. P. 23(a) and (b)(3); (3) appointing Plaintiffs as Class Representatives; (4) appointing Benjamin F. Johns of Shub & Johns LLC and Andrew W. Ferich of Ahdoot & Wolfson P.C. as Class Counsel; (5) directing notice to the settlement class; and (6) setting a schedule for settlement proceedings, including the final approval hearing.

Plaintiffs' motion is based on this Motion; the supporting Memorandum of Law; the Settlement Agreement and its Exhibits A-D; the concurrently submitted Declaration of Benjamin F. Johns and its Exhibit A, Declaration of Andrew W. Ferich and its Exhibit A, and Declaration of

Gina Intrepido-Bowden and its Exhibits A-C; the pleadings and records on file in this action; and any other matters the Court may consider. A Proposed Order is submitted herewith.

Dated: July 2, 2024

Respectfully submitted:

/s/ Randall S. Strause
Randall S. Strause
**STRAUSE LAW GROUP, PLLC**
804 Stone Creek Parkway, Suite One
Louisville, KY 40223
Telephone: (502) 426-1661
Facsimile: (502) 426-6772
rstrause@strauselawgroup.com

*Local Counsel*

Benjamin F. Johns (*pro hac vice* pending)
Samantha E. Holbrook (*pro hac vice* pending)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Andrew W. Ferich (*pro hac vice* pending)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Robert Ahdoot (*pro hac vice* pending)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Proposed Class Counsel*