# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CATHERINE DUFFY, MATTHEW EDLIN, LAWRENCE MULCAHY, PAULA HALL, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | Case No. 3:24-cv-00388-BJB : : |
| v. | : : |
| MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICAN OPERATIONS, | : CLASS ACTION : : : |
| Defendant. | : : : |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final approval of the proposed Settlement in this matter and entering final judgment. Plaintiffs are concurrently submitting a memorandum of law that addresses the final approval factors, a supporting declaration from the Settlement Administrator, and a Final Approval Order and Final Judgment.

Dated: July 16, 2025

Respectfully submitted:

*/s/ Andrew W. Ferich*
Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Robert Ahdoot (admitted *pro hac vice*)

-2-

**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com

Benjamin F. Johns (admitted *pro hac vice*)
Samantha E. Holbrook (admitted *pro hac vice*)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Co-Lead Class Counsel*

Randall S. Strause
**STRAUSE LAW GROUP, PLLC**
804 Stone Creek Parkway, Suite One
Louisville, KY 40223
Telephone: (502) 426-1661
Facsimile: (502) 426-6772
rstrause@strauselawgroup.com

*Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, a copy of the foregoing document was filed electronically with the U.S. District Court for the Western District of Kentucky and served on all counsel of record through the CM/ECF system.

                                                                   */s/ Andrew W. Ferich*
                                                                   Andrew W. Ferich