UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CATHERINE DUFFY, et al., | Civil Action No. 3:24-cv-388-BJB |
| Plaintiffs, | Class Action |
| v. | |
| MAZDA MOTOR OF AMERICA, INC., | |
| Defendant. | |

### NOTICE OF *PRO HAC VICE* RENEWAL PAYMENT

AND NOW, this 17th day of July 2025, I, Troy M. Frederick, Esquire, do hereby certify that I have paid the *Pro Hac Vice* Renewal Payment of $150.00 in the above referenced matter.

Respectfully submitted:

Frederick Law Group, PLLC

/s/ Troy M. Frederick
Troy M. Frederick, Esquire
PA Sup. Ct. ID 207461
*TMF@FrederickLG.com*
836 Philadelphia Street
Indiana, PA 15701
Telephone: (724) 801-8555
Fax: (724) 801-8358
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on this 17th day of July 2025, I electronically filed a *NOTICE OF PRO HAC VICE RENEWAL PAYMENT* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Troy M. Frederick